VISEK BROTHERS, Appellant, *v.* SAFEWAY TRAILS, INC., Respondent.

Submitted April 9, 1953; decided April 24, 1953.

*David Simon* and *Abraham Dorf* for appellant.

*Robert E. Goldstein* and *Henry P. Goldstein* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J.; CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.